FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2023 MAR -3  P 12: 56

CAROL L. MICHEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

INDICTMENT FOR A VIOLATION
OF THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-37** |
| v. | * | SECTION: **SECT. D MAG. 4** |
| CARESSES PERIQUE | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(8) |
| | * | |

\*   \*   \*

The Grand Jury charges that:

## COUNT 1
(Felon in Possession of Firearm)

On or about November 27, 2022, in the Eastern District of Louisiana, the defendant, **CARESSES PERIQUE,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: an October 11, 2012 conviction in Orleans Parish Criminal District Court, Case Number 503-338, for LA-R.S. 40:967(A)(1), possession with the intent to distribute cocaine; an October 11, 2012 conviction in Orleans Parish Criminal District Court, Case Number 501-797, for LA-R.S. 40:966(A)(1), possession with the intent to distribute heroin; and, a November 4, 2021 conviction in Orleans Parish Criminal District Court, Case

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

Number 551-173, for LA-R.S. 14:95.1, possession of a firearm by a convicted felon, did knowingly possess a firearm, to wit: a Ruger P95 9mm handgun, bearing serial number 316-93029; said firearm having been in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **CARESSES PERIQUE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any of the following:

> Ruger P95 9mm handgun, bearing serial number 316-93029, with one (1) live round of ammunition in the chamber and nine (9) live rounds of ammunition in the magazine.

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

███████████████████

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll Number 20896

New Orleans, Louisiana
March 3, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## CARESSES PERIQUE

# INDICTMENT

INDICTMENT FOR VIOLATIONS
OF THE FEDERAL GUN CONTROL ACT

VIOLATIONS:   18 U.S.C. § 922(g)(1)
              18 U.S.C. § 924(a)(2)

_____

Filed in open court this _____
_____ day of
_____ A.D. 2023.

_____
Clerk

Bail, $ _____

_____
GREGORY M. KENNEDY
Assistant United States Attorney